# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. COLVIN,<br><br>        Plaintiff,<br><br>vs.<br><br>SANCHEZ, et al.,<br><br>        Defendants. | No.: 1:17-cv-01489-LJO-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY DEFENDANTS GARCIA AND LOPEZ SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO PROVIDE SUFFICIENT INFORMATION TO EFFECTUATE SERVICE<br><br>(Doc. No. 16)<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Robert M. Colvin is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 31, 2018, the Court issued an order directing the United States Marshal to initiate service of process in this action upon several Defendants, including Defendants Garcia and Lopez. (Doc. No. 15.) On August 21, 2018, the Marshal filed a summons returned unexecuted for Defendants Garcia and Lopez. (Doc. No. 16.)

In cases involving a plaintiff proceeding *in forma pauperis*, the Marshal, upon order of the court, shall serve the summons and the complaint. Fed. R. Civ. P. 4(c)(3). However, the plaintiff must "furnish the information necessary to identify the defendant." *See Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994), *abrogated on other grounds by Sandin v. Connor*, 515 U.S. 472, 115 (1995). When a plaintiff fails to provide the Marshal with accurate and

sufficient information to effect service of the summons and complaint, the Court's *sua sponte* dismissal of the unserved defendant is appropriate. *Walker*, 14 F.3d at 1421–22.

Here, Plaintiff informed the Court through the complaint that Defendants Garcia and Lopez were working as correctional officers on D-yard, Bldg. D-5 at North Kern State Prison at the time of the events at issue. The Marshal has returned unexecuted summons stating that there are multiple officers with these last names working the shifts as described in the complaint, and they are unable to identify them without more information.

If Plaintiff is unable to provide the Marshal with the necessary information to identify and locate these Defendants, then they shall be dismissed from this action, without prejudice. Pursuant to Federal Rule of Civil Procedure 4(m), the Court will provide Plaintiff with the opportunity to show cause why Defendants Garcia and Lopez should not be dismissed from the action. Plaintiff may comply with this order by providing more identifying information, such as a badge number, first name or first initial, or documentation such as incident reports which relate to the events at issue and which provide additional identifying information.

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why Defendants Garcia and Lopez should not be dismissed from this action; and

2. Plaintiff is warned that the failure to respond to this order or the failure to show cause will result in the dismissal of Defendants Garcia and Lopez from this action.

IT IS SO ORDERED.

Dated: **August 27, 2018**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE